UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIA SHENE' LUCAS,<br><br>        Plaintiff,<br><br>v.<br><br>KELLY LOEFFLER,<br>Administrator, Small Business Administration,<br><br>        Defendant. | No. 21-cv-0296<br><br>**PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Nia Lucas ("Lucas"), by and through undersigned counsel, respectfully moves this Court for summary judgment as to Count One of the Amended Complaint (ECF No. 70) for the Small Business Administration's willful violation of the FLSA. 29 U.S.C. §§ 206–07. This Motion is accompanied by a Memorandum of Law, a Statement of Undisputed Material Facts, the Declaration of Nia Lucas and exhibits attached thereto, and a Proposed Order. Lucas seeks the following relief:

    1.    Compensation in the amount of $361.30 for all five hours of uncompensated time she worked or was furloughed on January 22, 2018, at the appropriate overtime rate;

    2.    Liquidated damages in the amount of $361.30 pursuant to 29 U.S.C. § 206(b); and

    3.    Prejudgment interest.

1

Respectfully submitted.

Date: June 30, 2025

**Nia Shene' Lucas**
**By Counsel**

**/s/ David R. Dorey**
David R. Dorey
D.C. Bar No. 1015586
LIFF, WALSH & SIMMONS
181 Harry S. Truman Parkway
Suite 200
Annapolis, MD  21401
Email: ddorey@liffwalsh.com
Telephone: (410) 266-9500
Facsimile: (410) 266-7699

*Counsel for Plaintiff Nia Shene' Lucas*